# IN THE UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF VIRGINIA

CASE NO 2:08cv99

ANTONIO TAYLOR #18597

v.

CITY OF HOPEWELL,
Newspaper; Police Department
Officer Williams

Conditionally FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT

42 U.S.C.A 1983

COMES NOW, pro se plaintiff Antonio Taylor and states the following allegations:

1. On January 26, 2008 plaintiff was arrested In the City of Hopewell, Virginia

2. Plaintiff states that the City of Hopewell Newspaper libel plaintiffs name as a Robber on January 26th 2008 as one of Hopewell's most wanted fugitive.

3. Plaintiff states that 93 ALR 3d 625 Libel/slander a false newspaper report is actionable under 42 U.S.C.S. 1983 If one has been characterize and

1 page

name has been slander.

4. Plaintiff states his good name has been and has subject him to being label as a Robber/Crook, which these slander statements to the public, has caused plaintiff no way of getting good Employment and securing a good Job with Benefits (Health, Insurance 401K)

5. Plaintiff Antonio Taylor has suffer a great deal of Emotional Distress from these Allegations, Sleepless nights and mental Anguish and plaintiff could have been shot or killed If the public would have seen the Newspaper report and figure that plaintiff was arm and Dangerous could have resulted In a tragic End on January 26, 2008.

7. Plaintiff states officer Williams Acting Under Color of state Law In his Individual capacities arrested plaintiff on being a Robber and these Actions were arbitrary and capricious and plaintiff feels for the sole purpose of harming plaintiff If plaintiff did not open his Door on 1/26/08 on illuding officer and capias charges.

8. That plaintiff on 2/04/08 mind was literally shocked when plaintiff read City of Hopewell Newspaper report, which had label plaintiff as a fugitive but as a Robber this is Defamation of character and actionable under 42 USCS 1983

2 page

9. Plaintiff states that the City of Hopewell, Virginia and Newspaper Is libel for this Slander and Defamation of character and has subject plaintiff to a great deal of Pain and suffering and a great deprivation of the Economy which In part plaintiff states the City of Hopewell Newspaper reporters Acting under Color of state law In their Individual capacities has deprived plaintiff of his liberties governed by the 1st and 14th Amendment of the U.S. Constitution.

Wherefore plaintiff pro se Antonio Taylor prays that this court of the United States District Court of the Eastern District of Virginia grants this 1983 claim pursuant to 42 USCA 1983

1. Plaintiff Is suing City of Hopewell for nominal damages of $10,000.00 and Actual Damages of $15,000.00

2. Plaintiff Is Suing City of Hopewell Newspaper for nominal Damages of $5,000.00 and Actual Damages of $10,000.00 and Injunctive Relief.

3. Plaintiff Is Suing City of Hopewell Police Department (Records) for Actual Damages of $25,000.00 and Injunctive Relief.

Respectfully Submitted
Antonio Taylor
P.O. Box 1041 / 1000 River Road
Hopewell, VA 23860

3 page

4. Docket number: N/A

5. Name of Judge to whom case was assigned: N/A

6. Disposition [Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?]: N/A

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place? Riverside Regional Jail

B. Does the institution listed in A have a grievance procedure? Yes [✓]   No [ ]

C. If your answer to B is YES:

   1. Did you file a grievance based on this complaint? Yes [ ]   No [✓]

   2. If so, where and when: N/A

   3. What was the result? N/A

   4. Did you appeal?   Yes [ ]   No [✓]

   5. Result of appeal: N/A

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ]   No [✓]

   If your answer is YES: What steps did you take? N/A

E. If your answer is NO, explain why you did not submit your complaint to the prison authorities.
   Not pertaining to the Issues In the 1983 complaint

4 page

V.  **RELIEF**

I understand that in a section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. _AT_ [please initial]

The plaintiff wants the Court to: [check those remedies you seek]

___✓___ award money damages in the amount of $ _65,000_

_____ grant injunctive relief by _____

___✓___ Other _Declaratory Relief_

VI.  **PLACES OF INCARCERATION**

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

_Riverside Regional Jail Hopewell, Virginia_

VII. **CONSENT**

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge: Yes [✓] No [ ]. You may consent at any time; however, any early consent is encouraged.

VIII. **SIGNATURE**

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this _15th_ day of _February_, 20_08_.

Plaintiff _Antonio Taylor_

5 page