Antonio Taylor 185597
RIVERSIDE REGIONAL JAIL
1000 River Road
P.O. Box 1041
Hopewell, VA 23860

FEB 21 2008

U.S.
INSPECTED

19 FEB 2008 PM 1 T
RICHMOND VA 232
USA 41

Clerks' Office
United States District Court
Eastern District of Virginia
1000 East Main Street, Suite 307
Richmond, Virginia 23219-3525

RECEIVED
FEB 21 2008